JOHN P. MOFFETT, JR. *v.* J. WILLIAM BURNS,
COMMISSIONER OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Appellate Court, 18 Conn. App. 821, is denied.

*James K. Smith,* in support of the petition.

*Louis B. Blumenfeld, Richard A. Ferris* and *Joseph A. LaBella,* in opposition.

Decided June 27, 1989

CRAFTSMEN, INC. *v.* LORRAINE YOUNG

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 463, is denied.

*Todd R. Bainer,* in support of the petition.

Decided June 27, 1989

COMMISSIONER OF HEALTH SERVICES *v.*
HAROLD KADISH

The defendant's petition for certification for appeal from the Appellate Court, 17 Conn. App. 577, is denied.

*R. Bartley Halloran,* in support of the petition.

*Richard J. Lynch* and *Andrea B. Gaines,* assistant attorneys general, in opposition.

Decided April 13, 1989

FRANK JACOBS *v.* HAROLD THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 18 Conn. App. 218, is denied.

*Charles W. Bauer,* in support of the petition.

*Kerry M. Wisser,* in opposition.

Decided July 6, 1989